IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA (United States Department of Agriculture),<br><br>Plaintiff<br><br>v.<br><br>BERNARDO VALLEJO-ALMEDA, et al.,<br><br>Defendants | CIVIL NO. 07-1382 (JP) |

**JUDGMENT BY DEFAULT**

The Court has before it Plaintiff's motion for default judgment (**No. 5**). The motion is **GRANTED**. Upon Plaintiff's motion for judgment, and upon entry of default on August 13, 2007, by the Clerk of this Court against Defendants for their failure to plead or file an answer to the Complaint or otherwise appear in the above cause (No. 7), Plaintiff is entitled to a judgment by default, and the Court being fully advised of the facts,

**IT IS HEREBY ORDERED that:**

1. On December 28, 1998, Defendant Bernardo Vallejo-Almeda, as President of Caribbean Large Animal Veterinary Hospital Inc., a corporation organized under the laws of the Commonwealth of Puerto Rico, subscribed a Mortgage Promissory Note in the amount of $200,000.00, payable to the Bearer.

2. An Amended Promissory Note, also in that amount and signed on that date, was then subscribed in favor of the United States

CIVIL NO. 07-1382 (JP)           -2-

Department of Agriculture by Defendant Bernardo Vallejo-Almeda as President of Caribbean Large Animal Hospital, Inc.

    3.    The notes were for the following properties:

    A. RUSTICA: Predio de terreno en el barrio Ceiba Sur del término municipal de Juncos, Puerto Rico, identificado con parcela número Ocho con cabida superficial de MIL CUATROCIENTOS (sic) METROS CUADRADOS CON SETECIENTOS SETENTA Y TRES MIL MILESIMAS DE OTRO (1,404.773); en lindes por el NORTE con la parcela número diecisiete (17); por el ESTE, SUR y OESTE con terrenos del ELA expropiados de esta finca.

    La finca antes descrita es el remanente de la finca principal con una cabida superficial original de Veintinueve mil Doscientos Treinta nueve Metros cuadrados con Centésima (sic) de otro (29,239.61), de los cuales se expropiaron Veintisiete mil Ochocientos Treinticuatro metros Cuadrados con Ochocientas treintisiete milésimas (27,834.837) a favor del ELA de PR según resolución del veinte de diciembre de mil novecientos setenta y nueve (1979) del Tribunal Superior, Sala de San Juan, en el caso civil Número E, guión Setenta y Nueve guión Quinientos Cincuenta y Uno (E-79-551), diez cero siete (1007) sobre expropiación forzosa.

    Figura inscrita al folio ciento cuarenta y seis (1476) del tomo ciento veintiocho (128) de Juncos, finca número cuatro mil setecientos ochenta (4,780), inscripción primera.

    B. RUSTICA: Predio de terreno sito en el Barrio Ceibas Sur del término municipal de Juncos, Puerto Rico, identificado como parcela número once (11), con una cabida superficial de Tres Mil Ciento Cinco metros Cuadrados con Trescientas Veintitrés Milésimas de Otro (3,105.323); en lindes pr (sic) el NORTE con la parcela número Dieciséis (16); por el SUR, OESTE y SUROESTE con terrenos del ELA expropiados de esta finca; por el SURESTE con la parcela número ocho (8); y por (sic) con un camino.

    La finca antes (sic) es el remanente de la finca principal con una cabida superficial original de Veintiocho Mil ochocientos Ochentiséis Metros Cuadrados con treinta y cinco Centésimas de Otro (28,886.35), de los

CIVIL NO. 07-1382 (JP)           -3-

cuales se expropiaron Veinticinco Mil Setecientos Ochenta y Un Metro Cuadrados con veintisiete Milésimas de otro (25,781.027) a favor del ELA, según resolución del veinte (20) de diciembre de Mil Novecientos Setenta y Nueve (1979) del Tribunal Superior Sala de San Juan, en el caso Civil número E guión Setenta y Nueve, guión Quinientos cincuenta y uno (E-70-551) diez cero siete (1007), sobre expropiación forzosa.

Figura inscrita al folio ciento cincuenta y cuatro (154) del tomo ciento veintiocho (128) de Juncos, finca número cuatro mil setecientos ochenta y uno (4,781), inscripción primera.

C. RUSTICA: Predio de terreno sito en el Barrio Ceiba Sur del término municipal de Juncos, Puerto Rico identificado como parcela número dieciséis (16) con una cabida superficial de VEINTITRES MIL QUINIENTOS SETENTA Y CUATRO METROS CUADRADOS CON QUINIENTAS OCHO MILESIMAS DE OTRO (23,574.508); en lindes por el NORTE con un camino; por el SUR con terrenos del ELA expropiados de esta finca y con parcela número Once (11); por el ESTE con un camino; y por el OESTE con terrenos del ELA expropiados de esta finca y con parcela número Quince (15).

La finca antes descrita es el remanente de la finca principal con una cabida superficial original de Treinta y Cuatro Mil Ochocientos Setenta (sic) y Dos metros Cuadrados con Treinta y Seis Centésimas de otro (34,862.36), de lso (sic) cuales se expropiaron dos parcelas, la primera de Once Mil Setenta y Un Metros Cuadrados con Trescientas Treinta y Dos Milésimas de Otro (11,071.332), y la segunda de Doscientos Dieciséis Metros cuadrados con Quinientas Veinte Milésimas de otro (216.520), a favor del ELA, según resolución de veinte de diciembre de mil Novecientos Setenta y Nueve (1979), del Tribunal Superior, Sala de San Juan, en el caso Civil Número E guión Setenta y Nueve guión Quinientos Cincuenta y uno (E-79-551) diez cero siete (10070 (sic), sobre expropiación forzosa.

Figura inscrita al folio ciento ochenta (180) del tomo ciento veintiocho (128) de Juncos, finca número cuatromil (sic) setecientos ochenta y cinco (4,785), inscripción primera.

CIVIL NO. 07-1382 (JP)          -4-

    D. RUSTICA: Predio de terreno sito en el Barrio Ceiba Sur del término municipal de Juncos, Puerto Rico, identificado como parcela número Diez y Siete (17), con una cabida superficial de CATORCE MIL SEISCIENTOS CUARENTA METROS CUADRADOS CON NOVECIENTAS CUARENTA Y CUATRO DE OTRO (14,640.944); en lindes por el NORTE con la parcela número Dieciocho (18); por el SUR con la parcela número OCHO (8); por el ESTE con terrenos de ELA; y por el OESTE con un camino.

    La finca antes descrita es el remanente de la finca principal con una cabida superficial original de Veinticutro (sic) Mil Seiscientos Ventisiete Metros cuadrados con Setenta y Cinco Centésimas de Otro (24,627.75); de los cuales se expropiaron Nueve Mil Novecientos Ochenta y Seis Metros cuadrados con Ochicientas (sic) Seis Milésimas de Otro (9,986.806) a favor del ELA según resolución del veinte de (20) de diciembre de Mil Novecientos Setenta y Nueve (1979) del Tribunal Superior, Sala de San Juan, en el caso Civil Número E guión Setenta y Nueve guión Quinientos Cincuenta y uno (E-79-551) diez cero siete (10070 (sic), sobre expropiación forzosa.

    Figura inscrita al folio cuarenta y seis (46) del tomo ciento veintinueve (129) de Juncos, finca número cuatromil (sic) ochocientos siete (4,807), inscripción primera.

    E. RUSTICA: Predio de terreno sito en el Barrio Ceiba sur del término municipal de Juncos, Puerto Rico, identificado comop (sic) arcela (sic) número Dieciocho (18) con una cabida sueprficial (sic) de TRECE MIL OCHICIENTOS (sic) TRES METROS CUADRADOS CON SETECIENTS (sic) OCHENTAY (sic) SIETE MILESIMAS DE OTRO (13,803.787); en lindes por el NORTE con un cmaino (sic); por el SUR con la parcela número Diecisite (sic) (17); por el ESTE con terrenso (sic) del ELA expropaidos (sic) de esta finca; y por el OESTE, con un camino.

    La finca antes descrita es el remanente de la finca principal con una cabida superficial original de Veinticutro (sic) Mil Seiscientos (sic) Ventidós Metros cuadrados con Ciento Ochenta y Ocho Milésimas de Otro (24,722.188); de los cuales se expropiaron Diez Mil Novecientos Diez y Ocho Metros cuadrados con

CIVIL NO. 07-1382 (JP)           -5-

>Cuatrocuienta (sic) Una Milésimas de Otro (10,918.401) a favor del ELA según resolución del veinte (20) de diciembre de Mil Novecientos Setenta y Nueve (1979) del Tribunal Superior, Sala de San Juan, en el caso Civil Número E guión Setenta y Nueve guión Quinientos Cincuenta y uno (E-79-551) diez cero siete (10070 (sic), sobre expropiación forzosa.

>Figura inscrita al folio cincuenta y uno (51) del tomo ciento veintinueve (129) de Juncos, finca número cuatro mil ochocientos ocho (4,808), inscripción primera.

4.  To secure payment of the above notes, Defendant Bernardo Vallejo-Almeda, as President of Caribbean Large Animal Hospital, Inc., subscribed a Mortgage Deed #29, also on December 28, 1998.

5.  Defendant Bernardo Vallejo-Almeda, as President of Caribbean Large Animal Hospital, Inc., also issued a Loan Agreement whereby the Promissory Note was guaranteed by a Second Mortgage over certain commercial property belonging to Caribbean Large Animal Hospital, Inc.

6.  To secure the loans, Defendant Bernardo Vallejo-Almeda, as President of Caribbean Large Animal Hospital, Inc., subscribed also on December 28, 1998, to a Pledge Agreement in favor of said federal agency.

7.  On December 28, 1999, Defendants Bernardo Vallejo-Almeda and Rosa Fontánez-Gómez, jointly and severally, subscribed a Continuing and Unlimited Guarantee over the loan(s) granted by the United States Department of Agriculture for the account of Caribbean Large Animal Hospital, Inc.

CIVIL NO. 07-1382 (JP)        -6-

8. That Caribbean Large Animal Hospital, Inc., and Defendants have failed to satisfy the debt owed to the federal agency in the following amount: $287,082.08 (of which $200,000.00 is principal and $87,082.08 is accrued interest through August 25, 2004).

9. Defendants, as debtors of the amounts prayed for in the complaint, are hereby **ORDERED** to pay unto Plaintiff $287,082.08, as set forth in paragraph number 7, as well as the following:

   a. interest at the rate of 8.5% per annum and interest thereafter to the date of entry of this Judgment as provided by law;

   b. administrative and statutory costs in the amount of $350.00 for filing fees;

   d. attorneys' fees of the 10% surcharge imposed by law if Plaintiff is forced to utilize the remedies provided under sub-chapter C of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. Section 3011.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 5th day of September, 2007.

                                          s/Jaime Pieras, Jr.
                                            JAIME PIERAS, JR.
                                    U.S. SENIOR DISTRICT JUDGE